**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Wilson Antonio VASQUEZ,
Defendant–Appellant**

No. 15–41364
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 07/12/2016

Renata Ann Gowie, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee

Wilson Antonio Vasquez, Pro Se

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Wilson Antonio Vasquez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Vasquez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.